No. 94–1087. ROSS, AKA ZAKIYA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–1088. FORRESTER ET AL. v. CITY OF SAN DIEGO ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–1089. CITY OF HAMILTON, OHIO, ET AL. v. AMALGA-MATED TRANSIT UNION, LOCAL NO. 738. Sup. Ct. Ohio. Certiorari denied.

No. 94–1092. SHONG-CHING TONG ET AL. v. STANTON. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–1094. REICH, SECRETARY OF LABOR v. CONTINENTAL CASUALTY CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–1098. SCHOLESSER v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 94–1103. BOLTON v. SCRIVNER, INC. C. A. 10th Cir. Certiorari denied.

No. 94–1106. KEARNS v. GENERAL MOTORS CORP. C. A. Fed. Cir. Certiorari denied.

No. 94–1107. SALEM BLUE COLLAR WORKERS ASSN. ET AL. v. CITY OF SALEM ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–1110. QUILLIAN v. EVATT, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. Ct. App. S. C. Certiorari denied.

No. 94–1111. MANGES ET AL. v. SEATTLE-FIRST NATIONAL BANK ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–1113. HODGES v. HUNTSMAN. C. A. 5th Cir. Certiorari denied.

No. 94–1116. U. S. A. DIRECT, INC., ET AL. v. NORTH AMERICAN COMMUNICATIONS, INC. Ct. Common Pleas of Pa., York County. Certiorari denied.